UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN WILLIE ISELI,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM D. JOHNSON,<br><br>Respondent. | No. 2:25-cv-00532-TLN-JDP<br><br>**ORDER** |

Petitioner Branden Willie Iseli ("Petitioner"), a state prisoner proceeding *pro se*, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 21, 2025, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 9.) Petitioner has filed a statement indicating that he does not object to the findings and recommendations. (ECF No. 10.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 9) are ADOPTED IN FULL;

    2. Petitioner's motion to transfer his case to the Ninth Circuit for permission to file a second or successive § 2254 petition (ECF No. 8) is GRANTED; and

    3. The Clerk of the Court is directed to transfer this action to the Court of Appeals and to administratively close the case.

IT IS SO ORDERED.

Date: May 28, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2